# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| Aragon, Tony v. Bayer Corp., et al. | : Case No. 04-1265 |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants, that the following plaintiffs be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1): **LUCY GARCIA AND JESUS GARCIA, JAMES WINICK AND CORINNE WINICK, ROBERTO RODRIGUEZ AND MARIA RODRIGUEZ, JUAN VALENCIA AND BENITA VALENCIA, JAMES WRIGHT AND DONNA WRIGHT, LYLE SHANLEY AND HILDEGARD SHANLEY, MANUEL QUINTANA AND GEORGIA QUINTANA.** The parties shall each bear their own costs.

Dated: June 28, 2004

*[signature]*

WEITZ & LUXENBERG, P.C.
Paul J. Pennock, Esq.
Victoria J. Maniatis, Esq.
180 Maiden Lane
New York, NY 10038
(212) 558-5504
Attorneys for Plaintiff

SCANNED
JUL 2 2004
U.S. DISTRICT COURT MPLS

Dated: 7/14/04                                    Dated: 7/14/04

*Susan A. Weber/WH*                               *Fred T Magaziner/WH*
Peter W. Sipkins (No.101540)                      Scott A. Smith
DORSEY & WHITNEY LLP                              Tracy J. Van Steenburgh
Suite 1500                                        HALLELAND LEWIS NILAN
50 South Sixth Street                                SIPKINS & JOHNSON, P.A.
Minneapolis, MN  55402                            220 South Sixth Street, Suite 600
(612) 340-2600                                    Minneapolis, Minnesota 55402-4501
                                                  (612) 338-1838
Philip S. Beck
Adam Hoeflich                                     Fred T. Magaziner
BARTLIT BECK HERMAN PALENCHAR                     DECHERT LLP
   & SCOTT                                        4000 Bell Atlantic Tower
54 West Hubbard Street, Suite 300                 1717 Arch Street
Chicago, IL  60603                                Philadelphia, PA  19103
(312) 494-4400                                    (215) 994-4000

                                                  *Counsel for SmithKline Beecham*
Susan A. Weber                                    *Corporation. d/b/a GlaxoSmithKline*
SIDLEY AUSTIN BROWN & WOOD                        *and GlaxoSmithKline plc*
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
(312) 853-7000


Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000


Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor

Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*

    **IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above named plaintiffs are dismissed without prejudice.

DATED: JUL 2 6 2004

                                      The Honorable Michael J. Davis
                                      United States District Court